UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOB FAY LUKE, SR. | CIVIL ACTION |
| VERSUS | NO: 19-11347 |
| TROOPER ANTHONY DORRIS, ET AL. | SECTION: "A" (4) |

# ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Complaint filed by the Plaintiff Jacob Fay Luke, Sr., which asserted claims under 42 U.S.C. § 1983 against the Defendants is **STAYED** subject to the following conditions:

(a) If the Plaintiff intends to proceed with these claims, he must within thirty (30) days of the date of the criminal proceedings against him conclude, file a motion to lift the stay;

(b) If the stay is lifted and the Court finds that the Plaintiff's claims the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

(c) The Plaintiff should not file any more documents concerning these particular claims (other than an objection to this Report and Recommendation if he chooses) in this action until the criminal state court proceedings conclude; and

(d) The Defendants shall not be required to answer these particular claims during the stay and the Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED** that this case is **ADMINISTRATIVELY CLOSED** for statistical purposes.

September 11, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE